IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Mary Cotton, )
                                    ) 2:11-cv-03085-GEB-DAD
        Plaintiff, )
                                    )
    v. ) ORDER RE: SETTLEMENT AND
                                    ) DISPOSITION
National Railroad Passenger )
Corporation dba AMTRAK, )
                                    )
        Defendant. )
_____ )

        Plaintiff filed a Notice of Settlement on April 19, 2012, in which she states, "this entire case has settled." (ECF No. 15.) Therefore, a dispositional document shall be filed no later than May 11, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, Plaintiff's request that the April 30, 2012, hearing on her Motion for Order Granting Preference or Advancement of Trial (ECF No. 13), be vacated is granted. (ECF No. 15, 1:20-22.)

Dated: April 19, 2012

                                                                     _____
                                                                     GARLAND E. BURRELL, JR.
                                                                     United States District Judge